IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL THOMAS RETHORE                                              PLAINTIFF
ADC #169228

v.                          CASE NO. 5:19-CV-00241 BSM

DEXTER PAYNE, Director
Arkansas Department of Correction                                   DEFENDANT

## ORDER

Rethore's motion for extension of time to file an objection [Doc. No. 11] is granted. After *de novo* review of the record, including Rethore's objection [Doc. No. 12], United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted, and Rethore's petition for a writ of habeas corpus [Doc. No. 2] is dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 31st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE